[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
May 29, 2009
THOMAS K. KAHN
CLERK

No. 07-10270

D.C. Docket No. 06-00358-CV-2-IPJ

INGRID REEVES,

Plaintiff-Appellant,

versus

C.H. ROBINSON WORLDWIDE, INC.,

Defendant-Appellee.

--------------------------
Appeal from the United States District Court for the
Northern District of Alabama
--------------------------

(Opinion April 28, 2008, 525 F.3d 1139, 11th Cir. 2008)

(May 29, 2009)

Before EDMONDSON, Chief Judge, TJOFLAT, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS, WILSON, and PRYOR, Circuit Judges.

B Y   T H E   C O U R T :

A member of this Court in active service having requested a poll on the

suggestion of rehearing en banc and a majority of the judges in this Court in active

service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc.  The previous panel's opinion is hereby VACATED.